GEORGE C. DIEHL, C. E., INC., Appellant, *v.* WILLIAM F. SHEEHAN, Respondent.

(Argued February 11, 1932; decided March 3, 1932.)

*Edward N. Mills* for appellant.

*Joseph T. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.